# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **JONATHAN CLARK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-22-CV-307-KC |
| | § | |
| **WAL-MART STORES INC. and** | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal with Prejudice ("Stipulation"), ECF No. 32. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order on Stipulation of Dismissal with Prejudice, the Court **ORDERS** that all claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion in Limine, ECF No. 25, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 20th day of October, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE